

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00620-CV

**IN THE INTEREST OF B.W.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02286
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are taxed against Appellant T.Z. because she is indigent. *See* TEX. R. APP. P. 20.1, 43.4.

SIGNED February 19, 2014.

_____
Patricia O. Alvarez, Justice